IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DONALD PADILLA,**

      **Plaintiff,**

**v.**                                             **No. CIV-09-1161 JB/LAM**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

      **Defendant.**

# ORDER GRANTING *UNOPPOSED MOTION FOR EXTENSION OF TIME* (*Doc. 12*) AND SETTING AMENDED BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Extension of Time* (*Doc. 12*), filed July 19, 2010. The Court finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED THAT** Plaintiff's *Unopposed Motion for Extension of Time (Doc. 12)* is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the Court's *Order Setting Briefing Schedule* (*Doc. 10*) is hereby **amended** as follows:

    1.    **On or before August 19, 2010**, Plaintiff shall file and serve, in accordance with D.N.M.LR-Civ. 7.3, a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law;

    2.    **On or before October 18, 2010**, Defendant shall file and serve, in accordance with D.N.M.LR-Civ. 7.3, a response; and

3. **On or before November 2, 2010,** Plaintiff may file and serve, in accordance with D.N.M.LR-Civ. 7.3, a reply.

**IT IS FURTHER ORDERED** that all supporting memoranda filed by the parties pursuant to this order shall cite the transcript or record when making assertions of fact, and that propositions of law shall be supported by citations of authority.

**IT IS FURTHER ORDERED** that **all requests for extensions of time altering the deadlines set in this order shall be made by written motion filed with the Court pursuant to Rule 7 of the Federal Rules of Civil Procedure and D.N.M.LR-Civ. 7**.

**IT IS FURTHER ORDERED** that *these deadlines shall not be extended again without approval of the Court upon a motion setting forth **exceptional** cause for extension; the press of business does not constitute exceptional cause.*

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**